# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Elm Freight Handlers Inc | 12/12/2022 | 266393 | Check | $ 397.00 |
| Akorn Operating Company, LLC | Elm Freight Handlers Inc | 12/14/2022 | 266551 | Check | $ 10,966.00 |
| Akorn Operating Company, LLC | Elm Freight Handlers Inc | 1/6/2023 | | Wire | $ 10,203.50 |
| Akorn Operating Company, LLC | Elm Freight Handlers Inc | 1/9/2023 | 266875 | Check | $ 11,280.50 |
| Akorn Operating Company, LLC | Elm Freight Handlers Inc | 2/22/2023 | 267343 | Check | $ 166.50 |
| | | | | | $ 33,013.50 |